IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Bowser et al ,<br><br>　　　　Defendants. | ORDER OF RECUSAL<br><br><br>Case No. 2:23-cr-00281-DAK |

I recuse myself in this case and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this __23rd__ day of May, 2025.

BY THE COURT:

_Dale A. Kimball_
Dale A. Kimball
United States District Judge