Phone call with Brian Henderson
4/17/2026
With Luisa Gough

Jill Krishnamurthy was introduced by friend. Noah's was trying to go out and raise money for brides to finance the weddings. Jill asked Brian if he would be interested in outreach to some lenders. Was a consultant, independent contractor.

Bil asked me to get a handle on property tax issues. Bil need help to taxes current as fast as possible. This was around the end of 2018 to 2019.

Bil trusted my judgement and wanted me to be at the meeting to help find out. Bil was trying to get all hands on deck to get solutions to tax issues and construction overages.

Feb 2019 meeting with RW. It was as strange vibe of Pontius pilot washing his hands of the situation. It seemed like they were testing out theories of how to wash their hands. Ashby, and two of the guys. They appeared to be panicky. Making calculated attempts to shift blame. Chris appeared to me as smarmy.

If RW was really the funding partner, where were they when these buildings needed to be finished.

Bil brought RW to get solutions to make this work. RW was panicked and not in a problem solving mood.

They left and we were just looking at each other, like what was that about

Kate Jensen, Nick Redd were there as well.

If you were a funding partner, why would you come into a meeting like this with no answer and skittish.

My knowledge of cost overages come from conversations with Bil. Bil was always trying to get things to work.